■ WILFREDO BELTRAN, Appellant, v. NAT BORSTEIN et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Kings County, dated October 16, 1968, which denied his motion for a special preference pursuant to CPLR 3403. Order reversed, on the law and the facts, with one bill of $10 costs and disbursements

jointly against respondents filing separate briefs; motion for special preference granted; and case remanded to Special Term for entry of an appropriate implementing order. Plaintiff, as a result of injuries suffered in the accident in question, has been unable to work since the accident and has become a recipient of welfare from the City of New York. The application for a special preference should have been granted (*Quinones* v. *Hunchak*, 28 A D 2d 997; *Stevens* v. *Bridge Auto Renting Corp.*, 262 App. Div. 872). Rabin, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.